## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

06545-052
**(Inmate Number)**

Jesse McKinley Carter Jr.
**(Name of Plaintiff)**

U.S.P Lewisburg P.O BOX 1000
**(Address of Plaintiff)**

Lewisburg Pennsylvania 17837

vs.

Warden J.E Thomas et al
Lewisburg U.S.P.

**(Names of Defendants)**

3:12-cv-1955
**(Case Number)**

**COMPLAINT**

FILED
SCRANTON

OCT 01 2012

PER _____
DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

  A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: N/A

II. Exhaustion of Administrative Remedies

  A. Is there a grievance procedure available at your institution?
     ✓ Yes ___ No

  B. Have you filed a grievance concerning the facts relating to this complaint?
     ✓ Yes ___ No

     If your answer is no, explain why not _____

  C. Is the grievance process completed? ___ Yes ✓ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __J. E. Thomas__ is employed as __Warden__ at __Lewisburg Penitentiary__.

B. Additional defendants __Counsler G Shuck, Unit Manager Brewer, staff Attorney L. Cunningham et, al.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. Plaintiff was brought to the U.S Penitentiary Lewisburg from Federal Prison satellite Camp Lewisburg on August 11, 2012, for Possession of a cell Phone (see attached Affidavit filed in support of incident 9 pages)

2. At about 3:00 AM Plaintiff was taken to the specral Housing unit (SHU) G Block 3rd Fl and from this point on Plaintiff and other inmates from the camp have been denied the basic

3. Human Rights that the constitution Affords Inmates in the (SHU) of correctional Institutions. (see Attachment sheets) (Plantiff is being mentally Tortured).

2

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Issue a Emergency Temporary Restraining order with Preliminary Injunction to Terminate any further violations of Plaintiff's constitutional Rights pursuant to the 1, 5 and 8th Amendments united states constitution.

2. Plaintiff should be granted immediate access to his legal paper work, reading glasses, Law library, and immediate access to recreation, clean sheets, and a change of clothes, also award Plaintiff compensatory damages for all costs associated with this case and;

3. If the above cannot be Accomplished because Plaintiff should not be housed at USP Lewisburg while under investigation because Plaintiff is a MINIMUM out custody Inmate. Plaintiff respectfully request that this court issue a order for the B.O.P. to Transfer Plaintiff immediately to the nearest Institution which would be Allenwood Low, 15 minutes from Lewisburg, where plaintiff would be allowed access to the Law library and recreation.

Signed this 19th day of September, 2012. A.D.

_____
(Signature of Plaintiff)
Jesse McKinly Carter jr

I declare under penalty of perjury that the foregoing is true and correct.

9/19/2012 A.D.
(Date)

_____
(Signature of Plaintiff)
Jesse McKinly Carter jr

3